**Electronically Filed
Supreme Court
SCWC-30710
08-MAY-2014
02:15 PM**

SCWC-30710 and SCWC-30711

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

In the Matter of Cost Review Billing Dispute Regarding:
DARRELL D. LINOGON, Respondent/Claimant-Appellee,

vs.

CITY MILL, Respondent/Employer-Appellee,

and

ARGONAUT INSURANCE COMPANY,
Respondent/Insurance Carrier-Appellee,

vs.

EMERSON M.F. JOU, M.D., Petitioner/Appellant-Appellant.
(ICA NO. 30710; CASE NO. AB 2009-230 (2-00-14173))

------------------------------------------------------------------

In the Matter of Cost Review Billing Dispute Regarding:
CLARITA PINSON, Respondent/Claimant-Appellee,

vs.

WAIKIKI BEACH MARRIOTT RESORT, Respondent/Employer-Appellee,

and

MARRIOTT CLAIMS SERVICE ASSOCIATION,
Respondent/Insurance Carrier-Appellee,

vs.

EMERSON M.F. JOU, M.D., Petitioner/Appellant-Appellant.
(ICA NO. 30711; CASE NO. AB 2009-231 (2-01-06278))

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS

ORDER REJECTING APPLICATIONS FOR WRIT OF CERTIORARI
(By: Nakayama, Acting C.J., McKenna, Pollack, and Wilson, JJ.,
and Circuit Judge Kim, in place of Recktenwald, C.J., recused)

Petitioner/Appellant-Appellant's Applications for Writ

of Certiorari, filed on March 26, 2014, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, May 8, 2014.

Stephen M. Shaw                    /s/ Paula A. Nakayama
for petitioner
                                   /s/ Sabrina S. McKenna

                                   /s/ Richard W. Pollack

                                   /s/ Michael D. Wilson

                                   /s/ Glenn J. Kim

2